# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## DOCKET NO. 3:14-CR-073-FDW-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| MARIO LOZANO, ) | |
|     Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** upon Defendant's "Unopposed Motion To Modify Conditions Of Electronic Monitoring" (Document No. 93) filed June 26, 2014. After careful consideration of the motion, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that Defendant's "Unopposed Motion To Modify Conditions Of Electronic Monitoring" (Document No. 93) is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant's electronic monitoring be modified from an RF-based system to GPS electronic monitoring.

Signed: July 14, 2014

David C. Keesler
United States Magistrate Judge